FILED<br>
United States Court of Appeals<br>
Tenth Circuit<br><br>
**April 30, 2014**<br><br>
Elisabeth A. Shumaker<br>
Clerk of Court

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| PLANNED PARENTHOOD OF KANSAS AND MID-MISSOURI,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ROBERT MOSER, M.D., Secretary, Kansas Department of Health and Environment,<br><br>Defendant – Appellant.<br><br>------------------------------<br><br>EAGLE FORUM EDUCATION & LEGAL DEFENSE FUND,<br><br>Amicus Curiae. | Nos. 11-3235, 12-3178 & 13-3175<br>(D.C. No. 2:11-CV-02357-JTM-DJW) |

_____

### ORDER
_____

This matter is before the court on "Defendant-Appellant's Bill of Costs." The Bill of Costs is partially granted, as provided herein.

Upon consideration, and pursuant to Fed. R. App. P. 39, defendant-appellant is awarded costs in the total amount of $1,350, representing the docketing fees (in the amount of $450 each) for these appeals. (The remaining $15 is the district court's fee for filing the notices of appeal and is taxable in the district court, pursuant to Fed. R. App. P.

39 (e) (4).   The $164.90 claimed as the cost of the transcripts is also taxable in the district court pursuant to Fed. R. App. P. 39 (e) (2).)

This order shall stand as a supplemental mandate of this court.

>Entered for the Court
>ELISABETH A. SHUMAKER, Clerk
>
>by: Christine Van Coney
>   Counsel to the Clerk